E-FILED
Thursday, 05 October, 2006 10:20:06 AM
Clerk, U.S. District Court, ILCD

FILED
OCT - 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-300 71 |
| ) | Violation: Title 21, United States |
| vs. ) | Code, Sections 841(a)(1) and |
| ) | 841(b)(1)(A), 18 U.S. C. Sections |
| ) | 922(g)(1), and 924(c). |
| DERRICK R. WALKER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count 1
(Possession With Intent to Distribute Cocaine Base, "Crack")

On or about September 12, 2006, in Jacksonville, in the Central District of Illinois, the defendant,

**DERRICK R. WALKER**

knowingly and intentionally possessed with the intent to distribute 50 or more grams of a mixture or substance containing cocaine base ("crack"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 2
(Possession of a Firearm by a Felon)

On or about September 12, 2006, in Jacksonville, in the Central District of Illinois, the defendant,

## DERRICK R. WALKER

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, namely, a loaded 9 mm Accu-Tek pistol, serial number 001010, a loaded Taurus .25 caliber semi-automatic pistol, serial number DXL41719, and a Llama .22 caliber semi-automatic pistol, serial number 548578.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 3
(Carrying of a Firearm During and in Relation to a Drug Trafficking Offense)

On or about September 12, 2006, in Jacksonville, in the Central District of Illinois, the defendant herein,

## DERRICK H. WALKER

knowingly carried firearms, namely a loaded 9 mm Accu-Tek pistol, a loaded Taurus .25 caliber semi-automatic pistol, and a .22 caliber Llama semi-automatic pistol during and in relation to a federal drug trafficking crime, namely, the possession with intent to distribute cocaine base, "crack," as charged in Count One of this Indictment.

In violation of Title 18 Unites States Code, Section 924(c)(1)(A)(i).

A TRUE BILL,

s/foreperson
FOREPERSON

/s/ s/Greg Harris
RODGER A. HEATON
UNITED STATES ATTORNEY

pam