3:06-cr-30071-SEM-BGC   # 21   Page 1 of 3

RECEIVED
JAN ~~2019~~

E-FILED
Wednesday, 16 January, 2019  03:58:11 PM
Clerk, U.S. District Court, ILCD

BY: _____

Mr. Taseff                                              Jan, 3rd

My name is Derrick R. Walker and I'am in need of assistance, I have a life sentence for 64 grams of Crack I was careed out and I have been incarcerated for 13yrs, I plead out because my P.D. Douglas Beevers said to I was 24yrs old at the time I did'nt know what I was doing I just went with what he told me to do and at the end of it I got Life, 10yrs and 5yrs Consecutive. I was informed that the F.S.A. is retro I don't know much about law I do know that I apply for this but I don't have the money for a lawyer, my mom passed in 09 and her family is from England my dad I don't know like that for financial assistance. I was told you only get one chance at this and that is it I don't want to mess this up because I don't want to spend the rest of my life in prison because I messed up or letting a jail house lawyer telling me he can get me home.
I'm not going to lie I'm scared as hell man this is very serious I need real help as I said before don't have

the money and I need to file cause I know I can get it but I need help Can you help me out I need real Counsel Can you Please help me out I really need it I don't want to mess this up man I'm ready to go home so Please help me out.

Thank you for your time.

Derrick Walk[er]

Name: Derrick Walker
Register Number: 14636-026
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC  29590



COLUMBIA SC 290

⇔14636-026⇔
George Taseff
Suite1500
401 MAIN ST
Federal Public Defender
Peoria, IL 61602
United States

61602-125875